AO 91 (Rev. 11/11)  Criminal Complaint

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT
for the
District of Vermont

2025 AUG 19 PM 3: 54

CLERK
BY ___CDC___
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jonathan J. Letourneau | ) | Case No. 2:25-mj-120-1 |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 10, 2025__ in the county of __Franklin__ in the _____ District of __Vermont__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a) | Knowingly and intentionally distributed cocaine base, a Schedule II controlled substance. |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

SAPD Detective Sergeant Aaron M. Lefebvre
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: __08/19/2025__

_____
Judge's signature

City and state: __Burlington, Vermont__          Hon. Kevin J. Doyle, U.S. Magistrate Judge
_____
Printed name and title